**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

TIMMY WALLACE,

                      Petitioner,         20 **CIVIL** 7134 (PKC)
                                                 15 **CR.** 794 (PKC)

   -against-

                                                 **JUDGMENT**

UNITED STATES OF AMERICA,

                     Respondent.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 5, 2021, The Court has considered the balance of Wallace's arguments and finds them to be without merit. His motion to vacate, set aside or correct his conviction and/or sentence pursuant to 28 U.S.C. § 2255 is DENIED; judgment is entered for the United States, and 20-cv-7134 is closed. Wallace has not made a substantial showing of the denial of a constitutional right and, accordingly, a certificate of appealability will not issue. 28 U.S.C. § 2253; see Blackman v. Ercole, 661 F.3d 161, 163–64 (2d Cir. 2011). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal.

**DATED:** New York, New York
             January 6, 2021

                                                         **RUBY J. KRAJICK**
                                                          _____
                                                           Clerk of Court
                                          **BY:**
                                                            _____
                                                           Deputy Clerk